# Court of Appeals
## Tenth Appellate District of Texas

10-25-00113-CR

Muhammad Uzair,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
361st District Court of Brazos County, Texas
Judge David G. Hilburn, presiding
Trial Court Cause No. 16-04960-CRF-361

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Muhammad Uzair appealed the trial court's "Judgment Adjudicating Guilt" imposed on April 3, 2025 and signed on April 9, 2025. On May 12, 2025, Uzair filed a document entitled "Withdrawal of Appeal" in which he indicates that the appeal should be dismissed. Uzair and his attorney appeared in open court and after being admonished, Uzair stated that he did not wish to appeal the conviction and waived his right to appeal.

Accordingly, Uzair's "Withdrawal of Appeal" is granted, and this appeal

is dismissed. *Id.*

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  May 22, 2025

Before Chief Justice Johnson,
      Justice Harris, and
      Senior Justice Davis[1]
Appeal dismissed
Do not publish
CR25



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.